STATE v. DYE

No. 253P86.

Case below: 78 N.C. App. 807.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 July 1986.

STATE v. EPPS

No. 176P86.

Case below: 78 N.C. App. 807.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 July 1986.

STATE v. FARROW

No. 67P86.

Case below: 78 N.C. App. 443.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986.

STATE v. FREEMAN

No. 264P86.

Case below: 79 N.C. App. 177.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 July 1986.

STATE v. GLADNEY

No. 314P86.

Case below: 80 N.C. App. 337.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 July 1986.